UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STATE FARM FIRE AND CASUALTY
COMPANY,

         Plaintiff,

v.

DIVISIONS MAINTENANCE GROUP,
individually and as a d/b/a of DIVISIONS
INC.,

         Defendant.
-----------------------------------------------------------x

**ORDER OF DISMISSAL**

24-CV-08372 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 2, 2024, State Farm Fire and Casualty Company ("Plaintiff") commenced the instant action against Divisions Maintenance Group individually and as a d/b/a of Divisions Inc. (Doc. 1). Since the issuance of a summons by the Clerk of Court on November 4, 2024 (Doc. 4), there has been no subsequent, substantive action in this case.

On February 3, 2025, the Court issued an Order warning Plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before February 10, 2025, Plaintiff filed proof of service indicating that indicating defendant(s) was served on or before January 31, 2025, or showed cause in writing for its failure to comply with Rule 4(m). (Doc. 5).

To date, Plaintiff has failed to respond to the February 3, 2025 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
       February 11, 2025

                                                 _____
                                                 Philip M. Halpern
                                                 United States District Judge